**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

---

**CONCISE SUMMARY OF THE CASE**

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Governor Josh Shapiro, et al., v. U.S. Department of Agriculture, et al.

USCA NO.: 26-1014

LOWER COURT or AGENCY and DOCKET NUMBER:
M.D. Pa., 1:25-cv-00998

NAME OF JUDGE: Joseph F. Saporito, Jr.

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

This is a challenge under the Administrative Procedure Act to the United States Department of Agriculture's termination of a cooperative agreement with the Pennsylvania Department of Agriculture based on a determination that the cooperative agreement no longer advanced the federal agency's priorities. Appellants are Governor Josh Shapiro; Russell Redding, Secretary of the Pennsylvania Department of Agriculture; and the Pennsylvania Department of Agriculture. Appellees are the U.S. Department of Agriculture; Brooke Rollins, Secretary of the U.S. Department of Agriculture; and the Agricultural Marketing Service. The appeal is of an order that dismissed the complaint.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

December 3, 2025, Memorandum Opinion (ECF No. 23)
December 3, 2025, Order (ECF No. 24)

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

The U.S. Department of Agriculture notified the Pennsylvania Department of Agriculture in March 2025 that it would terminate a cooperative agreement completed only a few months earlier, which supported Pennsylvania farmers and food banks. The Pennsylvania parties allege that the basis for the termination was unlawful and arbitrary and capricious. The district court dismissed the case because it concluded it lacked jurisdiction.

Identify the issues to be raised on appeal:

Whether the district court had jurisdiction.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 16 day of January ,20 26 .

/s/ Jacob B. Boyer

Signature of Counsel

Rev. 07/2015